UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL J. NATALE,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>           Defendant. | Case No. 3:12-cv-05723-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

DATED this 22nd day of August, 2012.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1