UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL J. NATALE,

                  Plaintiff,

   v.

MICHAEL J. ASTRUE. Commissioner of Social Security,

                  Defendant.

Case No. 3:12-cv-05723-KLS

ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

    DATED this 22nd day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1